Magistrate Judge Benton

04-MJ-00643-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 04-643M |
| Plaintiff, ) | |
| v. ) | MOTION FOR DETENTION ORDER |
| ALI MUHAMMAD BROWN, ) | |
| Defendant. ) | |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(c) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

   \_\_ Crime of violence (18 U.S.C. § 3156).

   \_\_ Maximum sentence of life imprisonment or death

   \_\_ 10 + year drug offense

   \_\_ Felony, with two prior convictions in the above categories

   XX Serious risk the defendant will flee

   \_\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   XX Defendant's appearance as required

   XX Safety of any other person and the community

MOTION FOR DETENTION ORDER /BROWN— 1

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

    ___ At the initial appearance

    XX After continuance of 3 days (not more than 3)

5. <u>Other matters</u>.

DATED this 18th day of November, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney

*/s/ Carl Blackstone*

CARL BLACKSTONE
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/BROWN -- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970