AO 442 (REV. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF WASHINGTON

Nov 17   3 10 PM '04

UNITED STATES OF AMERICA

v.

ALI MUHAMMAD BROWN

**WARRANT FOR ARREST**

CASE NO. 04-643M-3

To:  The United States Marshal
and any Authorized United States Officer

FILED
LODGED ___ ENTERED
___ RECEIVED
NOV 18 2004
AT SEATTLE
DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

YOU ARE HEREBY COMMANDED to arrest  ALI MUHAMMAD BROWN
                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment  __ Information  XX Complaint  __ Order of Court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy and Bank Fraud

04-MJ-00643-RPLY

in violation of Title 18 United States Code, Sections 371 and 1344

MONICA J. BENTON
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

November 17, 2004 at Seattle, Washington
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

at _____

| DATE RECEIVED 11/17/04 | NAME OF ARRESTING OFFICER Daryl Allison | SIGNATURE OF ARRESTING OFFICER Daryl Allen |
|---|---|---|
| DATE OF ARREST 11/18/04 | | |